## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDELL MOORE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO.  26-2344** |
| | : | |
| **PAULA GRIFFEN**, *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 24th day of June 2026, upon consideration of plaintiff Lindell Moore's

motion to proceed *in forma pauperis* (DI 7), and *pro se* complaint (DI 2) it is **ORDERED**:

1.      Plaintiff's motion for leave to proceed *in forma pauperis* (DI 7) is **GRANTED**

pursuant to 28 U.S.C. § 1915.

2.      The complaint is **DEEMED** filed.

3.      The complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

court's memorandum.

4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.


_____
**MURPHY, J.**